McLEAN COUNTY TRUCK CO., Plaintiff-Appellee, *v.* MAIN COB CO., INC., Defendant-Appellant.

(No. 12329; ▮▮▮▮▮▮▮▮

Fourth District—February 27, 1975.

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE CRAVEN.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jerome Mirza and Associates, Ltd., of Bloomington, for appellant.

Hayes & Flynn, of Bloomington (George R. Flynn, of counsel), for appellee.

▮▮▮▮▮▮▮▮

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT H. CARLISLE, Defendant-Appellant.

(No. 12256; ▮▮▮▮▮▮▮▮

Fourth District—February 27, 1975.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮